IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02835-CMA-MEH

USA,

      Plaintiff,

v.

$185,520.00 IN UNITED STATES CURRENCY,
$328,190.37 SEIZED FROM TCF BANK ACCOUNT #3857259373,
$246.37 SEIZED FROM TCF BANK ACCOUNT #3857270151,
$25,000.00 SEIZED FROM TCF BANK ACCOUNT #2857275481,
$23,567.46 SEIZED FROM WELLS FARGO BANK ACCOUNT #69888406721,
$250.03 SEIZED FROM WELLS FARGO BANK ACCOUNT #5334439055,
$308,384.00 SEIZED FROM FIRSTTIER BANK ACCOUNT #3200995,
$50,004.68 SEIZED FROM FIRSTTIER BANK ACCOUNT #3700622,
$230,727.02 SEIZED FROM COMPASS BANK ACCOUNT #2511083454,
$50,002.45 SEIZED FROM COMPASS BANK ACCOUNT #2507390016,
AURUM ADVISORS ACCOUNT, and
2003 TOYOTA CAMRY,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 26, 2010.**

      The Unopposed Motion to Vacate Scheduling/Planning Conference [filed February 25, 2010; docket #18] is **granted**. The Scheduling Conference set for March 8, 2010, is hereby **vacated**. The Court directs that a Status Report shall be filed regarding the progress of this matter on or before **June 11, 2010**.