IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02835-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$185,520.00 IN UNITED STATES CURRENCY,
$328,190.37 SEIZED FROM TCF BANK ACCOUNT #3857259373,
$246.37 SEIZED FROM TCF BANK ACCOUNT #3857270151,
$25,000.00 SEIZED FROM TCF BANK ACCOUNT #2857275481,
$23,567.46 SEIZED FROM WELLS FARGO BANK ACCOUNT #69888406721,
$250.03 SEIZED FROM WELLS FARGO BANK ACCOUNT #5334439055,
$308,384.00 SEIZED FROM FIRSTTIER BANK ACCOUNT #3200995,
$50,004.68 SEIZED FROM FIRSTTIER BANK ACCOUNT #3700622,
$230,727.02 SEIZED FROM COMPASS BANK ACCOUNT #2511083454,
$50,002.45 SEIZED FROM COMPASS BANK ACCOUNT #2507390016,
AURUM ADVISORS ACCOUNT, and
2003 TOYOTA CAMRY,

    Defendants,

THOMAS QUINTIN,

    Claimant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 12, 2010.**

    Claimant Quintin's "Motion Seeking the Clerk of the Court to Enter a 'Default Judgment' Pursuant to Fed. R. Civ. P. Rule 55(1)(b)" [filed June 1, 2010; docket #30] is **denied**. Mr. Quintin proceeds *pro se*. The Court must liberally construe *pro se* filings; however, *pro se* status does not excuse the obligation of any litigant to comply with the same rules of procedure that govern other litigants. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992); *see also Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994). The Court believes Mr. Quintin attempts to bring a motion pursuant to Fed. R. Civ. P. 55(b)(1), governing the entry of a default judgment by the Clerk of Court. The Court denies this motion for two reasons. First, before entering a default judgment, there must be an entry of default pursuant to Fed. R. Civ. P. 55(a). Second, Mr. Quintin includes no non-self-serving evidence, pursuant to Fed. R. Civ. P. 55, demonstrating that Plaintiff has failed to defend itself against Mr. Quintin's claim for a sum certain. Accordingly, the Court DENIES Mr. Quintin's motion.

A Status Conference is hereby set for **July 28, 2010**, at **9:45 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties shall be prepared to discuss scheduling in this matter.

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.