IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02835-CMA-MEH

UNITED STATES OF AMERICA,

     Plaintiff,

v.

$185,520.00 IN UNITED STATES CURRENCY,
$328,190.37 SEIZED FROM TCF BANK ACCOUNT #3857259373,
$246.37 SEIZED FROM TCF BANK ACCOUNT #3857270151,
$25,000.00 SEIZED FROM TCF BANK ACCOUNT #2857275481,
$23,567.46 SEIZED FROM WELLS FARGO BANK ACCOUNT #69888406721,
$250.03 SEIZED FROM WELLS FARGO BANK ACCOUNT #5334439055,
$308,384.00 SEIZED FROM FIRSTTIER BANK ACCOUNT #3200995,
$50,004.68 SEIZED FROM FIRSTTIER BANK ACCOUNT #3700622,
$230,727.02 SEIZED FROM COMPASS BANK ACCOUNT #2511083454,
$50,002.45 SEIZED FROM COMPASS BANK ACCOUNT #2507390016,
AURUM ADVISORS ACCOUNT, and
2003 TOYOTA CAMRY,

     Defendants,

THOMAS QUINTIN,

     Claimant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 26, 2010.**

     The United States' Motion to Vacate and Reschedule Status Conference [filed July 22, 2010; docket #39] is **granted** as follows. The Status Conference set for July 28, 2010, is **vacated** and **rescheduled** to **August 5, 2010**, at **9:15 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.[1] The purpose of this conference is to consider the status of the forfeiture action, the timing for filing any motions, and what discovery, if any, will be needed.

     Mr. Quintin and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.

---

[1]Plaintiff suggested that the status conference be reset to sometime between August 9 and 12. The Court is unavailable during that week.

**In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

CASE MANAGER FOR
Thomas Quintin, #99779-012
FCI Englewood
9595 West Quincy Avenue
Littleton, CO 80123