IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02835-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$185,520.00 IN UNITED STATES CURRENCY,
$328,190.47 SEIZED FROM TCF BANK ACCOUNT # 3857259373,
$246.37 SEIZED FROM TCF BANK ACCOUNT # 3857270151,
$25,000.00 SEIZED FROM TCF BANK ACCOUNT # 2857275481,
$23,567.46 SEIZED FROM WELLS FARGO BANK ACCOUNT # 69888406721,
$250.03 SEIZED FROM WELLS FARGO BANK ACCOUNT # 5334439055,
$308,384.00 SEIZED FROM FIRSTIER BANK ACCOUNT # 3200995,
$50,004.68 SEIZED FROM FIRSTIER BANK ACCOUNT # 3700622,
$230,727.02 SEIZED FROM COMPASS BANK ACCOUNT # 2511083454,
$50,002.45 SEIZED FROM COMPASS BANK ACCOUNT # 2507390016,
AURUM ADVISORS ACCOUNT, and
2003 TOYOTA CAMRY,

    Defendants.
_____

## FINAL ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. # 56). The Court, having reviewed said Motion and the Settlement Agreement (Doc. # 60) FINDS:

THAT the United States commenced this action in rem pursuant to 18 U.S.C. § 981;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT sole claimant Thomas Quintin, *pro se* has filed a Claim and Answer to the Verified Complaint;

THAT the United States and sole claimant Thomas Quintin have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to the defendant properties have been filed;

THAT upon agreement of the parties, claimant Thomas Quintin agrees to forfeit the property described below, which property will be forfeited pursuant to 18 U.S.C. § 981 and disposed of in accordance with law:

1. $181,220.00 of defendant $185,520.00 in United States currency;
2. $328,190.37 seized from T.F. bank account #3857253973;
3. $246.37 seized from T.F. Bank Account # 3857270151;
4. $25,000.00 seized from T.F. Bank Account # 2857275481;
5. $23,567.46 seized from Wells Fargo Bank Account # 69888406721;
6. $250.03 seized Wells Fargo Bank Account # 5334439055;
7. $308,384.00 seized from Feistier Bank Account # 3200995;
8. $50,004.68 seized from Feistier Bank Account # 3700622;
9. $230,729.02 seized from Compass Bank Account # 2511083454;
10. $50,002.45 seized from Compass Bank Account # 2507390016;

11. All funds held by Arum Advisors in the name of or for the benefit of Thomas Quintin in Account # 1266340; and

12. 2003 Toyota Camry, Colorado license plate 753 TNC, VIN #4T1BE32K73U223932;

THAT upon agreement of the parties, the United States has agreed to return to Mr. Quintin's designee Mr. Rector, $4,300.00 of defendant $185,520.00;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of the property described above shall enter in favor of the United States; the United States shall have full and legal title to the forfeited property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant properties pursuant to 28 U.S.C. §2465.

DATED: September 2, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge